UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL IRWIN, MARY PROFETTO IRWIN AND MARY IRWIN AS NEXT BEST FRIEND OF SAMANTHA IRWIN,<br><br>        Plaintiffs,<br><br>v.<br><br>CULTURAL CARE AU PAIR,<br><br>        Defendant. | Civ. Action No. 307-CV-1806(VLB)<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br><br>FEBRUARY 25, 2008 |

**DEFENDANT CULTURAL CARE AU PAIR'S MOTION FOR
JUDGMENT ON THE PLEADINGS AND TO DISMISS**

Defendant Cultural Care Au Pair (hereinafter "Cultural Care") hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) for improper venue and for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).  As grounds for this motion, Defendant states as follows:

    A.    This action should be dismissed pursuant to Fed. R. Civ. P. 12(b)(3) because the Host Family Agreement ("HFA") contains a forum selection clause providing that any dispute between Plaintiffs and Cultural Care shall be within the exclusive jurisdiction of the state and federal courts in Massachusetts.  (*Answer, Ex. A, ¶ 30*).  Consequently, venue in this forum is improper.

    B.    Defendant is entitled to judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) because the HFA executed by Plaintiffs contained a liability release discharging, *inter alia*, Cultural Care, "from any and all claims or causes of action which [the Irwin family] has or may hereafter have, which arise out of injury, damage or loss of any other kind to the [Irwin family]. . .resulting from

participation in the Cultural Care Au Pair program. . .regardless of whether the injury, damage or loss is in whole or in part caused by the negligence of one or more of the Released Parties." (*Answer, Ex. A, ¶ 22*).  Pursuant to this clause, all of the Plaintiffs' claims are barred.

In further support of this motion, Defendant refers the Court to its accompanying memorandum of law, filed herewith.

WHEREFORE, Defendant Cultural Care Au Pair respectfully request this Court grant Defendant's Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) and dismiss this action with prejudice, or in the alternative, dismiss this action for improper venue pursuant to Fed. R. Civ. P. 12(b)(3).

DEFENDANT, CULTURAL CARE AU PAIR

By: /s/ Brendon P. Levesque
    Brendon P. Levesque, Esquire, Fed. ID#CT26352
    Horton Shields & Knox
    90 Gillett St.
    Hartford, CT  06105
    860-522-8338; fax 860-728-0401
    blevesque@hortonshieldsknox.com

    Jeffrey P. Allen, Esquire
    Susan Donaldson Novins, Esquire
    Sara E. Hirshon, Esquire
    SEEGEL, LIPSHUTZ & WILCHINS, P.C.
    20 William Street, Suite 130
    Wellesley, MA   02481
    (781) 237-4400

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL IRWIN, MARY PROFETTO IRWIN AND MARY IRWIN AS NEXT BEST FRIEND OF SAMANTHA IRWIN, | ) ) ) ) | Civ. Action No. 307-CV-1806(VLB) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CULTURAL CARE AU PAIR, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## **ORDER**

This matter having come before the Court on Defendant's Motion to Dismiss and for Judgment on the Pleadings, and upon consideration of such Motion and supporting materials and opposition thereto, it is hereby ORDERED as follows:

A. This action is dismissed pursuant to Fed. R. Civ. P. 12(b)(3) because venue is improper based on the forum selection clause in the Host Family Agreement.

B. Defendant is entitled to judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) because of the liability release in the Host Family Agreement discharging Cultural Care Au Pair from any and all causes of action.

SO ORDERED: ____ day of _____, 2008

_____
Bryant, J.

3

## **C E R T I F I C A T I O N**

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, on February 25, 2008 to the following:

Thomas C. Thornberry, Esq.
Thornberry & Rosenberg, LLC
3333 Main Street
Stratford, CT 06614

                                                    /s/ Brendon P. Levesque
                                                  BRENDON P. LEVESQUE